# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MAIN STREET, LLC,

      Plaintiff,

v.                                  Case No: 8:13-cv-657-T-30AEP

PAUL ELLIS INVESTMENT
ASSOCIATES, LLC, JOSEPH ANDREW
PAUL and JOHN D. ELLIS,

      Defendants.

_____

## <u>ORDER OF DISMISSAL</u>

Before the Court is the Plaintiff's Notice of Dismissal Without Prejudice (Dkt. #7).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.      This cause is dismissed without prejudice.

2.      All pending motions are denied as moot.

3.      The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 30th day of July, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2013\13-cv-657 dismiss 7.docx