# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MAIN STREET, LLC,

    Plaintiff,

v.                                          Case No: 8:13-cv-657-T-30AEP

PAUL ELLIS INVESTMENT
ASSOCIATES, LLC, JOSEPH ANDREW
PAUL and JOHN D. ELLIS,

    Defendants.
_____

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Dismissal Without Prejudice (Dkt. #7). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 30th day of July, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2013\13-cv-657 dismiss 7.docx